```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                      :
MARTIN PIOTR NOWAK,                                   :
                                                      :
                              Plaintiff,              :     25-MC-00431 (JAV)
                                                      :
              -v-                                     :     ORDER OF DISMISSAL
                                                      :
JAMIE DIMON et al.,                                   :
                                                      :
                              Defendants.             :
                                                      :
-------------------------------------------------------------------X
```

JEANNETTE A. VARGAS, United States District Judge:

      Plaintiff, who is appearing *pro se*, initiated this matter as a miscellaneous action by filing a document titled "Notice of Private and Proprietary Trust Materials" and an "Original Bill in Equity." ECF Nos. 1, 2. The District Clerks' Manual (the "Manual"), published by the Administrative Office of the United States Courts, "sets forth the nationwide guidelines for prescribed uses of the miscellaneous docket." *In re Varholy*, No. 3:23-MC-00004 (MEG), 2023 WL 4236044, at *1 (D. Conn. Jun. 28, 2023). The Manual lists the limited matters where assignment of a miscellaneous case number is proper, including matters where the plaintiff seeks:

> foreign subpoenas, registration of judgment from another district, motion to quash deposition subpoena, motion for protective order, administrative deposition subpoena, application to perpetuate testimony, receiverships, letters rogatory from other districts, warrant for arrest of juror, pen registers, wire interceptions, video interceptions, grand jury matters, internal revenue service third party record keeper actions, and proceedings against sureties.

*Id.* at *2 (citing District Clerks' Manual § 4.03.(a)(1)(ii)-(xvi)).

      In addition, a miscellaneous case can be an ancillary proceeding that is directly or indirectly related to a civil or criminal case within the district or another district. *Id.*

§ 4.03(a)(1).  "[C]ivil matters are classified as either civil or miscellaneous cases depending on the nature of relief sought in the initiating document."  *Id.* § 302(a).

In this action, Plaintiff's submissions assert claims related to a foreclosure proceeding before the Nassau County Supreme Court under the Index Number 602421/2019.  ECF No. 1 at 7-8.  Plaintiff alleges that the property against which the proceeding was initiated is trust property held in "Martin Piotr Nowak Living Estate Trust" and requests this Court to schedule an evidentiary hearing and to issue an injunction staying the foreclosure proceedings. ECF No. 2 at 7-17.  The relief that Plaintiff seeks demonstrate that this action is not one of the limited matters where use of the miscellaneous docket is proper.  Because this case cannot proceed under the miscellaneous docket, the Court dismisses this action without prejudice.[1]

The dismissal of this matter without prejudice does not prevent Plaintiff from commencing a new civil action.  The Court notes, however, that Rule 11 of the Federal Rules of Civil Procedure requires all parties, including litigants proceeding *pro se*, to make a reasonable inquiry that the legal contentions are warranted and to certify that the pleading is not presented for harassment or an improper purpose.

## CONCLUSION

This action is dismissed without prejudice on the ground that it is not a proper miscellaneous case.

SO ORDERED.

Dated:   October 10, 2025
         New York, New York

                                                _____
                                                JEANNETTE A. VARGAS
                                                United States District Judge

---

[1] Plaintiff is not entitled to a refund of the filing fee.